UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BOUTTE and<br>EARL BOUTTE | *<br>* | CIVIL ACTION |
| VERSUS | *<br>* | NO. |
| CENTERPOINT ENERGY, INC.<br>XYZ INSURANCE COMPANY AND<br>XYZ EMPLOYEES | *<br>*<br>* | SECTION |

* * * * * * * * * * * * * * * * * * * * * * * *

### LIST OF DOCUMENTS INCLUDED IN THE STATE COURT RECORD

NOW INTO COURT, through undersigned counsel, comes CenterPoint Energy, Inc. and certifies that the attached are copies of all processes, pleadings and orders in the State Court proceeding prior to removal, arranged by order of filing date, and that said documents constitute the entire State Court record as follows:

1. Petition for Damages

2. Citation to CenterPoint Energy, Inc. via long arm service.

3. Affidavit of Service on CenterPoint Energy, Inc.

                                      Respectfully Submitted:

                                      **PLAUCHÉ MASELLI PARKERSON, LLP**

                                      BY:    _/s/ Lauren B. Dietzen_
                                                 G. BRUCE PARKERSON (#1118) (T.A.)
                                                 LAUREN B. DIETZEN (# 31444)
                                                 MATT T. HABIG (#37707)
                                                 701 Poydras Street, Suite 3800
                                                 New Orleans, LA   70139
                                                 Tel: (504) 582-1142; Fax: (504) 582-1172
                                                 ATTORNEYS FOR CENTERPOINT
                                                 ENERGY, INC.

## **CERTIFICATE OF SERVICE**

I, Lauren B. Dietzen, do hereby certify that on this 31st day of January, 2020, I have electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ *Lauren B. Dietzen*

| | | |
|---|---|---|
| COLLEEN BOUTTE AND<br>EARL BOUTTE | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2019-5641 DIV E | : | PARISH OF CALCASIEU |
| CENTERPOINT ENERGY, INC.<br>XYZ INSURANCE COMPANY AND<br>XYZ EMPLOYEES | : | STATE OF LOUISIANA |
| FILED ON _____ DEC - 9 2019 | : | _Sarah Hollier_<br>DEPUTY CLERK OF COURT |

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes COLLEEN BOUTTE and her husband EARL BOUTTE, Petitioners, living together and domiciled in Calcasieu Parish, Louisiana, who respectfully state as follows:

1.

Named as defendants herein are:

    A.    CENTERPOINT ENERGY, INC., (hereinafter referred to as "CENTERPOINT"), a foreign corporation not authorized to do and actually doing business in the Parish of Calcasieu, State of Louisiana, who can be served via Louisiana Long Arm Statute through Scott Prochazka, President & CEO, CenterPoint Energy, Inc., 1111 Louisiana Street, Houston, Texas 77002;

    B.    XYZ INSURANCE COMPANY – unknown to Plaintiffs at this time; and

    C.    XYZ EMPLOYEES – unknown to Plaintiffs at this time.

All defendants referred to hereinafter collectively at times as "Defendants."

2.

At all times mentioned herein, XYZ Employees were acting in the course and scope of their employment with CENTERPOINT and were the operators of that certain vehicle described as USDOT 217385 and owned by CENTERPOINT.

3.

At all times mentioned herein, Petitioner, COLLEEN BOUTTE, was the owner and operator of that certain vehicle described as 2006 Toyota Avalon, bearing VIN 4T1BK36B5U143410 and Louisiana License Plate No. TXT170.

4.

At all times mentioned herein, XYZ Insurance Company had in full force and effect a policy of liability insurance insuring CENTERPOINT for the liability asserted herein, and as such is liable in law for all damages sought herein.

5.

On or about the 17th day of December 2018, Petitioner COLLEEN BOUTTE was traveling eastbound on Alamo Street in Lake Charles, Louisiana when westbound traffic started entering her eastbound lane of travel. COLLEEN BOUTTE slowed due to the oncoming heavy traffic congestion in her lane and was struck in the rear by a 2017 Ford Edge owned and driven by Cassie Mallett-Coliz. CENTERPOINT had a truck parked in the westbound lane of traffic and failed to provide a flagman or place any warning signs or cones to warn of the hazard. As a result of the collision, COLLEEN BOUTTE sustained severe injuries.

6.

Officer, Hector Rivera, incorrectly identified the CENTERPOINT truck as an Entergy truck on the Crash Report. We expect a supplemental report will correct the error. (See attached photo of the CENTERPOINT truck at the crash scene - "Exhibit A".)

7.

The sole proximate cause of the crash was the negligence of CENTERPOINT in the following non-exclusive particulars:

a) in creating an unreasonable risk of harm for traffic in the area;
b) in illegally parking a vehicle and obstructing a roadway unneccessarily;
c) in failing to have a flagman posted and directing traffic;
d) in failing to warn via signs, cones, etc., of the hazard of parked truck blocking a lane of travel;
e) in failing in their duty to protect traffic from the hazardous condition created by their parked truck blocking the roadway;
f) in failing to institute or carry out proper safety procedures while performing work on a roadway;
g) in failing to have proper procedures in place for safely parking vehicles at a work location such as in this case;
h) in negligent training of employees regarding safety procedures; and
i) Any other acts of negligence which may be revealed through discovery and proven at the trial of this case.

8.

As a result of the said crash, Petitioner COLLEEN BOUTTE received the following injuries:

a. damage to the disks, ligaments, and muscles of her spine;

  b. headaches;
  c. disc herniations C4-5 & C5-6;
  d. L5-S1 intervertebral disc bulge with superimposed right paracentral disc protrusion; and
  e. the usual bumps, bruises, and contusions resulting from a crash of this type.

9.

As a result of the crash, Petitioner COLLEEN BOUTTE suffered and is entitled to recover for the following items of damages:

  a) Past, present, and future medical expenses;
  b) Past, present, and future physical pain and suffering;
  c) Past, present, and future mental anguish, pain, and inconvenience;
  d) Permanent disability;
  e) Loss of earnings and/or earning capacity;
  f) Loss of enjoyment of life;
  g) Loss of household services; and
  h) Loss of consortium, service and society.

10.

As a result of the crash, Petitioner EARL BOUTTE suffered and is entitled to recover for loss of consortium, service and society of his wife.

11.

At least one of the individual Petitioner's cause of action stated herein against the current Defendant exceeds fifty thousand dollars exclusive of interest and costs, and the damages are legally sufficient for federal court jurisdiction.

WHEREFORE, the premises considered, Petitioners COLLEEN BOUTTE and EARL BOUTTE pray:

I. Defendant CENTERPOINT ENTERGY, INC. be served with a copy of this petition and be duly cited to appear and answer same;

II. After due proceedings had, there be judgment herein in favor of Petitioners COLLEEN BOUTTE and EARL BOUTTE and against Defendants, CENTERPOINT ENTERGY, INC., XYZ INSURANCE COMPANY, and XYZ EMPLOYEES, jointly and in solido, for such sums as may be reasonable under the circumstances of this case, together with legal interest thereon from the date of judicial demand, until paid, and all costs of these proceedings;

III. Petitioners be granted all further and different relief as the facts, law, and equity of this case require.

RESPECTFULLY SUBMITTED BY
BROUSSARD & HART, LLC,
Attorneys for Plaintiff(s)

_____
STEVEN BROUSSARD (#3518)
AARON BROUSSARD (#30134)
RANDALL E. HART (#23119)
MICHAEL WILLIAMSON (#31004)
1301 Common Street
Lake Charles, LA 70601
(337) 439-2450 Telephone
(337) 439-3450 Facsimile

**A TRUE COPY**
Lake Charles, Louisiana

_____
Deputy Clerk of Court
Calcasieu Parish, Louisiana 12/10/19

**PLEASE ISSUE SERVICE VIA LOUISIANA LONG ARM STATUTE TO:**

**CENTERPOINT ENTERGY, INC.**
Through the President & CEO, Scott Prochazka
1111 Louisiana Street
Houston, TX 77002



|  | Citation/Long Arm |  |
|---|---|---|
| COLLEEN BOUTTE<br>VS.   2019-005641<br>CENTERPOINT ENERGY INC |  | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO: CENTERPOINT ENERGY INC
SERVED VIA LOUISIANA LONG ARM STATUTE THROUGH SCOTT PROCHAZKA
1111 LOUISIANA STREET
HOUSTON, TX 77002

PURSUANT TO LOUISIANA LONG-ARM STATUTE

FILED _____

_____
Deputy Clerk of Court
Calcasieu Parish, Louisiana

Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand in the petition of COLLEEN BOUTTE against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within thirty (30) days after the service hereof, under penalty of default.
***PETITION FOR DAMAGES***

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 9TH day of December 2019.

Issued and delivered December 18, 2019

_____
Shelbie Hardy
Deputy Clerk of Court

---

### SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

**PERSONAL SERVICE** on the party herein named _____

**DOMICILIARY SERVICE** on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

| SERVICE | $_____ | BY: _____ |
|---|---|---|
| MILEAGE | $_____ | Deputy Sheriff |
| TOTAL $_____ | | |
| Party No.   P001 | | |

A TRUE COPY
Lake Charles, Louisiana
_____
Deputy Clerk of Court
Calcasieu Parish, Louisiana    12/18/19

CMS669773S
Filing Date: 12/18/2019 07:43 AM    Page Count: 1
Case Number: 2019-005641
Document Name: Citation/Long Arm

[Service Copy]
CMS0049

Page 1 of 1

| | | |
|---|---|---|
| COLLEEN BOUTTE AND<br>EARL BOUTTE | : | 14TH JUDICIAL DISTRICT COURT |
| VS. NO. 2019-5641, DIV. B | : | PARISH OF CALCASIEU |
| CENTERPOINT ENERGY, INC.<br>XYZ INSURANCE COMPANY AND<br>XYZ EMPLOYEES | : | STATE OF LOUISIANA |
| FILED ON 1-21-2020 | : | _Sarah Hollier_<br>DEPUTY CLERK OF COURT |

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA             :

PARISH OF CALCASIEU      :

BEFORE ME, the undersigned authority, personally came and appeared RACHEL M. KOONCE, 1301 Common Street, Lake Charles, Louisiana 70601, who, after first being duly sworn, stated that on January 2, 2020, she served a certified copy of the Petition for Damages with Citation pursuant to the Louisiana Long Arm Statute, LSA-R.S. 13:3201 et seq., by personally mailing said documents to the following named party, via certified mail, restricted delivery, return receipt requested, properly addressed and postage prepaid, as follows:

CenterPoint Energy, Inc.
Through the President & CEO, Scott Prochazka
1111 Louisiana Street
Houston, TX 77002

That on January 6, 2020, a certified copy of the Petition for Damages with Citation was delivered to and received by Keira Clark; that RACHEL M. KOONCE received the postal return receipt indicating that same had been delivered to CenterPoint Energy, Inc., said postal receipt attached.

_Rachel M. Koonce_
RACHEL M. KOONCE
1301 Common Street
Lake Charles, LA 70601
(337) 439-2450

Filing Date: 01/21/2020 12:00 AM         Page Count: 1
Case Number: 2019-005641
Document Name: AFFIDAVIT OF LONG ARM SERVICE

SWORN TO AND SUBSCRIBED before me, Notary Public, at Lake Charles, Louisiana, this 14th day of January, 2020.

_Linda G Raynor_
NOTARY PUBLIC

LINDA G. RAYNOR
Notary Public
State of Louisiana
Calcasieu Parish
Notary ID #92188
My Commission is for Life

SCANNED
JAN 29 2020

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    CenterPoint Energy, Inc.
    through President/CEO Scott Prochazk
    1111 Louisiana St.
    Houston, TX 77002

    9590 9402 3242 7196 1095 10

2. Article Number
    7019

A. Signature
    X _Kim Clark_     ☒ Agent  ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
    Keira Clark                    1/10/2020

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☒ No

3. Service Type
    ☐ Adult Signature
    ☐ Adult Signature Restricted Delivery
    ☐ Certified Mail®
    ☒ Certified Mail Restricted Delivery
    ☐ Priority Mail Express®
    ☐ Registered Mail™
    ☐ Registered Mail Restricted Delivery
    ☒ Return Receipt for Merchandise
    ☐ Confirmation™
    ☐ Confirmation
    ☐ Delivery

PS Form ...      Domestic Return Receipt

_Sarah Holier_  1-21-2020

Filing Date: 01/21/2020 12:00 AM        Page Count: 3
Case Number: 2019-005641
Document Name: EXHIBITS

**BROUSSARD & HART**
PERSONAL INJURY ATTORNEYS
1301 COMMON STREET
LAKE CHARLES, LA 70601

7019 1120 0001 3027 4514
RRR - Restricted Delivery

CERTIFIED MAIL

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
1/3/20

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____     Postmark
☐ Certified Mail Restricted Delivery $ _____   Here
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$
Sent To  Center Point
Street and Apt. No., or PO Box No.
City, State, ZIP+4®
PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Certified Mail Return Receipt Requested —
**Restricted Delivery**
CENTERPOINT ENERGY, INC.
Through the President & CEO, Scott Prochazka
1111 Louisiana Street
Houston, TX 77002

FILED 1-21-2020
Sarah Hollier

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   CenterPoint Energy, Inc.
   through President/CEO Scott Prochazk
   1111 Louisiana St.
   Houston, TX 77002

   9590 9402 3242 7196 1095 10

2. Article Number (Transfer from service label)

   7019 1120 0001 3027 4514

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☒ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053       Domestic Return Receipt